# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17016-ELF

ROSALIND FISHER

48 Johns Road

Cheltenham, PA 19012

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROSALIND FISHER

    48 Johns Road

    Cheltenham, PA 19012

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

                                /S/ William C. Miller

Date: 4/6/2017                    _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee