UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Rosalind Fisher**           )           Chapter 13
                                      )
                                      )
    Debtor                            )
                                      )           Bankruptcy No.: **16-17016**

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---:|
| Total fee award: | $3,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire to the extent provided for in the confirmed plan.

Date: 6/14/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**