United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-17016-elf
Rosalind Fisher                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett        Page 1 of 1           Date Rcvd: Jun 14, 2017
                          Form ID: 155           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db              +Rosalind Fisher,    48 Johns Road,    Cheltenham, PA 19012-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
    DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
     Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
     bkgroup@kmllawgroup.com
    JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Cheltenham Township and
     Cheltenham Township jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
    MICHAEL D. SAYLES    on behalf of Debtor Rosalind  Fisher midusa1@comcast.net,
     michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rosalind Fisher
      Debtor(s)                                                                 Chapter: 13

                                                                        Bankruptcy No: 16−17016−elf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 13th day of June, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Eric L. Frank
                                                            Chief Judge ,
                                                            United States Bankruptcy Court

                                                                                          50 − 46
                                                                                       Form 155