United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Rosalind Fisher
    Debtor

Case No. 16-17016-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Jun 15, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db            +Rosalind Fisher,   48 Johns Road,   Cheltenham, PA 19012-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
         DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          bkgroup@kmllawgroup.com
         JAMES RANDOLPH WOOD    on behalf of Creditor    School District of Cheltenham Township and
          Cheltenham Township jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
         MICHAEL D. SAYLES    on behalf of Debtor Rosalind  Fisher midusa1@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Rosalind Fisher**              )     Chapter 13
                                         )
                                         )
    Debtor                               )
                                         )     Bankruptcy No.: **16-17016**

**ORDER TO ALLOW COUNSEL FEES**

    Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

    Total fee award:               $3,000.00
    Amounts already paid by Debtor:   $500.00

    Net amount to be paid by Trustee:   **$2,500.00**

    The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire to the extent provided for in the confirmed plan.

Date: 6/14/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**