Certificate Number: 15111-PAE-DE-036029294

Bankruptcy Case Number: 16-17016



15111-PAE-DE-036029294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 30, 2021</u>, at <u>3:59</u> o'clock <u>AM EDT</u>, <u>Rosalind Fisher</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC,</u> a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 30, 2021</u>       By:    <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>