**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                                                                       **Chapter 13**
ROSALIND FISHER

            **Debtor(s)**                                                       **Case No.** 16-17016-ELF

# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 11/17/2021            By:    */s/ Kenneth E. West*
                                             Kenneth E. West, Esquire, Chapter 13 Trustee
                                             1234 Market St., Suite 1813
                                             Philadelphia, PA 19107
                                             (215) 627-1377 (Phone)
                                             (610) 627-6299 (Fax)