United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-17016-elf

Rosalind Fisher                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rosalind Fisher, 48 Johns Road, Cheltenham, PA 19012-1420 |
| 13802531 | | Beneficial, PO Box 10640, Virginia Beach, VA 23450-0640 |
| 13802532 | | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 13802533 | + | Brad Cooper, 1635 market Street, 19th floor, Philadelphia, PA 19103-2218 |
| 13831166 | + | Cheltenham Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13802536 | + | Cheltenham Township Finance Officer, 8230 York Road, Elkins Park, PA 19027-1589 |
| 13802540 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 13802546 | | Creditech, POB 20330, Lehigh Valley, PA 18002-0330 |
| 13802547 | + | Crescent Recovery, LLC, PO Box 1097, Chesapeake, VA 23327-1097 |
| 13802548 | + | David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 13802554 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 13802556 | + | Equicredit Corporation of America, c/o Kimberly A. Bonner, Zucker Goldberg & Ackerman LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |
| 13802558 | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, Greentree, PO Box 6154, Rapid City, SD 57709-6154 |
| 13802559 | | Greentree Financial Corp., 500 Lndmark Towers, Saint Paul, MN 55102 |
| 13802560 | + | Gregory Javardian, Esquire, 1310 Industrial Blvd., First Floor, Suite 101, Southampton, PA 18966-4030 |
| 13802561 | + | HAB, PO BOX 25153, Lehigh Valley, PA 18002-5153 |
| 13802562 | | Marc F. Greenfield, Esquire, Two Penn Centre Plaza, Suite 200, Philadelphia, PA 19102 |
| 13802565 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 13802566 | + | Montgomery County Tax Claim Bureau, 1 Montgomery Plaza Ste 610, Norristown, PA 19401-4855 |
| 13802567 | + | Mt. Airy Businness Improvement District, POB 18879, Philadelphia, PA 19119-0879 |
| 13802568 | + | Mt. Airy Business Improvement District, 6430 Germantown Avenue, Philadelphia, PA 19119-2343 |
| 13802569 | + | Nationscredit Financial Services Corp., c/o Select Portfolio Servicing Inc., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14535382 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 13802571 | + | PGW, Credit and Collections Department, 800 West Montgomery Avenue, 3rd Floor, attn: Liens and Judgments Section, Philadelphia, PA 19122-2806 |
| 13802570 | | Pennsylvania Department of Revenue, Bureau of Collections & Taxpayer Service, PO Box 281041, Harrisburg, PA 17128-1041 |
| 13802572 | + | Pioneer Credit Recovery, Inc., POB 158, Arcade, NY 14009-0158 |
| 13802573 | | Portnoff Law Associates, LTD, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 13802574 | + | Portnoff Law Associates, LTD, PO Box 3020, Norristown, PA 19404-3020 |
| 13802575 | | Renee Taylor, 35 East Duval Street, Philadelphia, PA 19144 |
| 13874392 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13831165 | + | School District of Cheltenham Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13802576 | | Select Portfolio Servicing, PO Box 551170, Jacksonville, FL 32255-1170 |
| 13802577 | | Select Portfolio Servicing Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 13802578 | + | Shantay Henderson, 97 West Washington Lane, Philadelphia, PA 19144-2657 |
| 13802579 | | Stephen G. Burns, Cheltenham Township Finance Officer, 8230 Old York Road, Elkins Park, PA 19027-1589 |
| 13871263 | | U.S. Bank, N.A. as trustee on behalf of Conseco, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 13802581 | + | Wells Fargo, PO Box 29704, Phoenix, AZ 85038-9704 |
| 13802582 | | Wells Fargo Bank, PO Box 50014, Roanoke, VA 24040-0014 |
| 13802583 | + | Wilmington Savings Fund Soceity, FSB, c/o Rushmore Loan Management, PO Box 55004, Irvine, CA 92619-5004 |
| 13802584 | + | Yvette Pearson, 189 West Rosemar Street, Philadelphia, PA 19120-1942 |
| 13802585 | + | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　Page 2 of 4

Date Rcvd: Nov 18, 2021　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　Total Noticed: 68

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13802527 | | Email/Text: amscbankruptcy@adt.com | Nov 18 2021 23:32:00 | ADT Security Services, P.O. Box 371490, Pittsburgh, PA 15250-7490 |
| 13802526 | | Email/Text: amscbankruptcy@adt.com | Nov 18 2021 23:32:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 13835919 | + | Email/Text: amscbankruptcy@adt.com | Nov 18 2021 23:32:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 13802528 | + | Email/Text: EBNProcessing@afni.com | Nov 18 2021 23:32:00 | AFNI, PO Box 3667, Bloomington, IL 61702-3667 |
| 13802529 | | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 23:31:58 | American InfoSource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13802530 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Nov 18 2021 23:32:00 | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 13802534 | + | Email/Text: notices@burt-law.com | Nov 18 2021 23:32:00 | Brit J. Suttell, 1060 Andrews Drive, Suite 170, West Chester, PA 19380-5601 |
| 13802535 | + | Email/Text: notices@burt-law.com | Nov 18 2021 23:32:00 | Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 13802541 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Law Department-Bankruptcy Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 13802542 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 13802544 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 13802545 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia (School District), PO Box 8409, Philadelphia, PA 19101-8409 |
| 13802549 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | Department of Revenue, PO BOX 966, Philadelphia, PA 19105 |
| 13890060 | + | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13802537 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City & School District of Philadelphia, Law Department-Tax Unit, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 13802538 | + | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City & School District of Philadelphia, Law Department-Tax Unit, Municipal Services Building, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 13802543 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Deaprtment of Revenue, PO Box 148, Philadelphia, PA 19105-0148 |
| 13802539 | | Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | City of Philadelphia, Parking Violations Branch, |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 68

| | | | P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13802555 | + Email/PDF: rmscedi@recoverycorp.com | Nov 18 2021 23:31:58 | Equable Ascent Financial, LLC, c/o Recovery Management Systems, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 13802552 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 23:32:00 | Department of Treasury, Internal Revenue Department, Cincinnati, OH 45999-0025 |
| 13802563 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | Midland Credit Managment, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 13802564 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2021 23:32:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 13831096 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13814617 | + Email/Text: bankruptcy@philapark.org | Nov 18 2021 23:32:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13802580 | + Email/Text: bankruptcydepartment@tsico.com | Nov 18 2021 23:32:00 | Transworld Systems Inc., POB 15740, Wilmington, DE 19850-5740 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13802550 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Department of Streets, PO BOX 966, Philadelphia, PA 19105 |
| 13802553 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13802557 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Greentree, PO Box 94710, Palatine, IL 60094-4710 |
| 13802551 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Department, 600 Arch Street. Room 5200, Philadelphia, PA 19106 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium |

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Nov 18, 2021                       Form ID: 138OBJ                          Total Noticed: 68

Mortgage Acquisition Trust bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD

on behalf of Creditor School District of Cheltenham Township and Cheltenham Township jwood@portnoffonline.com
jwood@ecf.inforuptcy.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL D. SAYLES

on behalf of Debtor Rosalind Fisher midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

## *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rosalind Fisher

               Debtor(s)

Case No: 16–17016–elf

Chapter: 13

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/18/21

63 – 62
Form 138OBJ